UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA )
)     Case No. 4:12-cr-5
v. )
)
JACOB BARNES )     MATTICE / LEE

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three-count

Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate

Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on

whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in

custody until sentencing in this matter [Doc. 162]. Neither party filed a timely objection to the report

and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report

and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation [Doc. 162] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)      Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

is **GRANTED**;

(2)      Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)      Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment;

(4)      A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, October, 29, 2012 at 2:00 p.m.** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE